This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41774**

**KARLA J.C., individually and
on behalf of AYLA C.,**

Petitioners-Appellants,

v.

**DESMOND MONTANO,**

Respondent-Appellee

**APPEAL FROM THE DISTRICT COURT OF GUADALUPE COUNTY
Abigail Aragon, District Court Judge**

Karla J.C.
Santa Rosa, NM

Pro Se Appellants

Ahmad Assed & Associates
Britany J. Schaffer
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**IVES, Judge.**

**{1}** Summary affirmance and remand for correction of the order on mandate was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance and remand for correction of the order on mandate has been filed and the time for doing so has expired. **AFFIRMED IN PART AND REMANDED FOR CORRECTION OF THE ORDER ON MANDATE.**

**{2}    IT IS SO ORDERED.**

**ZACHARY A. IVES, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JACQUELINE R. MEDINA, Judge**